D. John Ashby, ISB No. 7228
William K. Smith, ISB No. 9769
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5200
Email: jashby@hawleytroxell.com
       wsmith@hawleytroxell.com

Eric J. Janson*
Christine M. Costantino*
SEYFARTH SHAW LLP
975 F STREET, NW
Washington, DC 20004
Telephone: (202) 463-2400
Email: ejanson@seyfarth.com
       ccostantino@seyfarth.com

*Pro Hac Vice Application Forthcoming

Attorneys for Petitioner COSTCO WHOLESALE
CORPORATION

U.S. COURTS

JUN 0 1 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>    Petitioner,<br><br>vs.<br><br>ROMA DESIGNER JEWELRY LLC;<br>NATIONAL TRADESHOW LLC,<br><br>    Respondent. | Case No.<br><br>MOTION TO ENFORCE SUBPOENA<br>DUCES TECUM<br><br>**[UNDERLYING CASE PENDING IN THE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND NORTHERN DIVISION]** |

Petitioner Costco Wholesale Corporation ("Costco"), by and through its counsel, Hawley Troxell Ennis & Hawley LLP, hereby moves this Court pursuant to F.R.C.P. 45, to enforce properly issued subpoenas dues tecum on Respondents Roma Designer Jewelry LLC and National Tradeshow LLC, on the grounds that the time for responding or objecting to the subpoenas has passed and neither Respondent has responded nor otherwise complied with their respective subpoena. This motion is supported by a memorandum of law in support and the declaration of Christine Costantino, contemporaneously filed herewith.

DATED THIS 1ST day of June, 2020.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By  /s/ *William K. Smith*
William K. Smith, ISB No. 9769
Attorneys for Petitioner COSTCO
WHOLESALE CORPORATION

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2020, I caused to be served a true copy of the foregoing MOTION TO ENFORCE SUBPOENA DUCES TECUM by the method indicated below, and addressed to each of the following:

Roma Designer Jewelry LLC
c/o David Callister, as registered agent
2873 W. Wind Drive
Eagle, ID 83616-4693

☑ U.S. Mail, Postage Prepaid
☑ Hand Delivered
☐ Overnight Mail
☐ E-mail
☐ Facsimile

National Tradeshow LLC
c/o Becky Callister, as registered agent
2873 W. Wind Drive
Eagle, ID 83616-4693

☑ U.S. Mail, Postage Prepaid
☑ Hand Delivered
☐ Overnight Mail
☐ E-mail
☐ Facsimile

/s/ *William K. Smith*
William K. Smith