20-mc-152

U.S. COURTS

June 15, 2020

JUN 18 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

D. John Ashby
Hawley Troxel Ennis & Hawley LLP
P.O. Box 1617
Boise, ID 83701

Eric. J. Janson
Seyfarth Shaw LLP
975 F Street, NW
Washington, DC 20004

Clerk of District Court
550 W Fort Street
Suite 400
Boise, ID 83724

RE: Motion To Enforce Subpoena Duces Tecum Underlying Case Pending in United States District Court For the Northern District of Maryland

Dear Counselors and Clerk:

I write to you on behalf of Roma Designer Jewelry LLC and in response to the referenced Motion To Enforce Subpoena Duces Tecum.

I believe you are both aware that there has been a declared emergency caused by the Corona virus pandemic. The alleged service of process was allegedly served while there was a stay at home order. Roma Designer Jewelry LLC ceased business activities at the end of 2019 and has been winding up the business. Contrary to the assertion in this court filing the online retailer of Roma Jewelry is not the same entity as Roma Designer Jewelry LLC. The dissolution of the business was filed as a consequence of the end of the business.

There are no employees of Roma Designer Jewelry LLC nor is there any office space. The business was closed in December of 2019 and records and files were purged. Some records may have been moved and place in storage. The stay at home orders are slowly being relaxed but there has been no way to leave home or find anyone to locate the requested documents if they even exist.

1. All documents constituting the personnel file of Martin Zwanetz.
   Any personnel or payroll records if any are located National Tradeshow LLC's records.

2. To the extent not included in the personnel file, all performance evaluations, reprimands, counseling reports or other documents constituting, memorializing, reflecting or referring to discipline including but not limited to warnings, suspensions, probations, and termination) issued to Martin Zwanetz.
   Any personnel or payroll records if any are located National Tradeshow LLC's records.

3. All agreements, contracts or offers letters between you and Martin Zwanetz.
   Any personnel or payroll records if any are located National Tradeshow LLC's records

4. All job descriptions for the position held by Martin Zwantez.
   Any personnel or payroll records if any are located National Tradeshow LLC's records.

5. All documents that set forth the pay and compensation structure (including any bonus pay, incentives or fringe benefits) for Martin Zwanetz between December 2016 to present.
   Any personnel or payroll records if any are located National Tradeshow LLC's records.

6. All documents relating or referring to the termination of Martin Zwanetz's employment with you.
   Roma Designer Jewelry did not employee Mr. Zwanetz. Any personnel or payroll records if any are located National Tradeshow LLC's records.

7. All handbooks, booklets, policies, procedures or guidelines applicable to Martin Zwantez's employment between December 2016 and present.
   Roma Designer Jewelry did not employee Mr. Zwanetz. Any personnel or payroll records if any are located National Tradeshow LLC's records.

8. Copies of all payments, paystubs, W-2, 1099s and/or other tax forms issued by you to Martin Zwanetz between December 2016 and present.
   Roma Designer Jewelry did not employee Mr. Zwanetz. Any personnel or payroll records if any are located National Tradeshow LLC's records.

9. All work schedules, time cards or other timekeeping records reflecting any hours scheduled and/or worked by Martin Zwanetz from December 2016 to present.
   Roma Designer Jewelry did not employee Mr. Zwanetz. Any personnel or payroll records if any are located National Tradeshow LLC's records Don't know if any documents exist.

10. All documents constituting, memorializing, reflecting or referring to communications between you and Martin Zwantetz from December 2016 to present.
    Don't know if any such documents exist.

11. All documents constituting, memorializing, reflecting or referring to any assignments, directions or directives made to Martin Zwanetz to perform any work at any Costco warehouse from December 2016 to present.
    Don't know if any such documents exist.

12. All documents exchanged with Martin Zwanetz and/or his attorneys as part of or regarding any litigation filed against you by Mr. Zwanetz, including *Zwanetz v. Roma Designer Jewelry, LLC et al.* United States District Court for District of Maryland, Case No.1:18-cv-03547, and *Zwanetz v. Roma Designer Jewelry, LLC et al.* United States District Court for District of Columbia, Case No:1:19-cv00835.

Object to the production of any such documents relating to litigation are presumed to be attorney client confidential communications or attorney work product protected.

13. All agreements or contracts between you and Roma Designer Jewelry LLC and/or Costco.
Don't know if any exists. It seems burdensome to ask for information that is equally in the files of Costco a large national retailer with more resources that Roma Designer Jewelry LLC.

14. All documents constituting, memorializing, reflecting or referring to communications between you and Costco regarding the FLSA exempt status of Martin Zwanetz and other National Tradeshow LLC employees.
Don't know if any exists. It seems burdensome to ask for information that is equally in the files of Costco a large national retailer with more resources that Roma Designer Jewelry LLC.

15. All documents constituting, memorializing, reflecting or referring to communications between you and Roma Designer Jewelry regarding FLSA exempt status of Martin Zwanetz and other National Tradeshow LLC employees.
Don't know if any exists.

Roma Designer Jewelry LLC has no employees and has no assets and is not in the position to hire employees to satisfy this request or an attorney to litigate this discovery request. As an act of winding up the affairs of Roma Designer Jewelry LLC we shall check to see what records might exist in paper and electronic form. Once I have more information, I will provide it to you.

Sincerely

Dave Callister, Member Roma Designer Jewelry LLC, dissolved