D. John Ashby, ISB No. 7228
William K. Smith, ISB No. 9769
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5200
Email: jashby@hawleytroxell.com
        wsmith@hawleytroxell.com

Eric J. Janson*
Christine M. Costantino*
SEYFARTH SHAW LLP
975 F STREET, NW
Washington, DC 20004
Telephone:  (202) 463-2400
Email: ejanson@seyfarth.com
        ccostantino@seyfarth.com

*Pro Hac Vice Application Forthcoming

Attorneys For Petitioner
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, <br><br> Petitioner, <br><br> vs. <br><br> ROMA DESIGNER JEWELRY LLC; NATIONAL TRADESHOW LLC, <br><br> Respondent. | Case No. 1:20-mc-00152-DCN <br><br> COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC [DKT NO. 6] AND REQUEST FOR HEARING |

COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA
DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC AND
REQUEST FOR HEARING - 1

**COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC [DKT NO. 6] AND REQUEST FOR HEARING**

Petitioner Costco Wholesale Corporation ("Costco"), through its counsel, Seyfarth Shaw LLP, submits this response to the July 14, 2020 supplemental letter responses of Roma Designer Jewelry LLC and National Tradeshow LLC (collectively, "Respondents") to Costco's Motion to Enforce the Subpoenas Duces Tecum.

Respondents' July 14, 2020 correspondence purports to serves as a response to the outstanding Subpoena Duces Tecum to each entity.  Indeed, at the conclusion of each letter, Respondents state "[t]here does not appear to be anything else that [they] can do to comply with the discovery request.  [They] trust this response concludes the matter."  *See* Dkt No. 6; Dkt No. 6-1 at p. 1.  However, it is clear from the face of the documents that these belated "responses" fail to satisfy the parties' obligations to conduct a thorough search and provide a fulsome response to the Subpoenas and, as a result, do not moot Costco's Motion to Enforce the Subpoenas.

Notwithstanding the continued lack of any explanation for the wholesale failure to timely respond to the Subpoenas or the correspondence of counsel, Respondents cursory response is plainly defective.  Specifically, the response does not address the individual categories of documents requested and does not provide the parameters of the alleged searches (stating only that Mr. and Mrs. Callister have looked at the unspecified records in storage and are unable to locate any of the "requested documents").  It strains credibility that the Respondents have misplaced or destroyed business and employment records, many of which they are obligated to

COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC AND REQUEST FOR HEARING - 2

41538.0002.12890312.1
65068142v.1

maintain under state and federal law, when the statement of dissolution was not filed until May

6, 2020, after service of the Subpoenas requesting these documents.   It is also evident from the

correspondence that neither Respondent undertook any search for electronic documents, a search

that would not be impacted by COVID-19.  Given the nature of the requests and the business

models of Respondents, it is likely that a significant portion of the requested documents were

generated or maintained in electronic format (e.g., email communications, contracts, etc.).

In consideration of the above, Costco respectfully requests that the Court disregard these

"responses" and enter an Order compelling Respondents to fulfill their obligations with respect

to the Subpoenas as served.  Alternatively, Costco respectfully submits that a telephonic or

videoconference hearing on the pending Motion to Enforce the Subpoenas would assist the Court

and the parties in resolving this matter, and therefore, respectfully requests that the Court set a

hearing on the pending Motion to Enforce.

DATED THIS 29th day of July, 2020.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By__/s/ *William K. Smith*_____
     William K. Smith, ISB No. 9769
     Attorneys For Petitioner
     COSTCO WHOLESALE CORPORATION

COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA
DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC AND
REQUEST FOR HEARING - 3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of July, 2020, I caused to be served a true copy of the foregoing COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC [DKT NO. 6] AND REQUEST FOR HEARING  by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| Roma Designer Jewelry LLC<br>c/o David Callister, as registered agent<br>2873 W. Wind Drive<br>Eagle, ID 83616-4693 | ☑ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Facsimile |
| National Tradeshow LLC<br>c/o Becky Callister, as registered agent<br>2873 W. Wind Drive<br>Eagle, ID 83616-4693 | ☑ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Facsimile |

       /s/ *William K. Smith*
     William K. Smith

COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC AND REQUEST FOR HEARING - 4

D. John Ashby, ISB No. 7228
William K. Smith, ISB No. 9769
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5200
Email: jashby@hawleytroxell.com
        wsmith@hawleytroxell.com

Eric J. Janson*
Christine M. Costantino*
SEYFARTH SHAW LLP
975 F STREET, NW
Washington, DC 20004
Telephone:  (202) 463-2400
Email: ejanson@seyfarth.com
        ccostantino@seyfarth.com

*Pro Hac Vice Application Forthcoming

Attorneys For Petitioner
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>    Petitioner,<br><br>vs.<br><br>ROMA DESIGNER JEWELRY LLC;<br>NATIONAL TRADESHOW LLC,<br><br>    Respondent. | Case No. 1:20-mc-00152-DCN<br><br>COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC [DKT NO. 6] AND REQUEST FOR HEARING |

COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA
DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC AND
REQUEST FOR HEARING - 1

41538.0002.12890312.1
65068142v.1

**COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC [DKT NO. 6] AND REQUEST FOR HEARING**

Petitioner Costco Wholesale Corporation ("Costco"), through its counsel, Seyfarth Shaw LLP, submits this response to the July 14, 2020 supplemental letter responses of Roma Designer Jewelry LLC and National Tradeshow LLC (collectively, "Respondents") to Costco's Motion to Enforce the Subpoenas Duces Tecum.

Respondents' July 14, 2020 correspondence purports to serves as a response to the outstanding Subpoena Duces Tecum to each entity.  Indeed, at the conclusion of each letter, Respondents state "[t]here does not appear to be anything else that [they] can do to comply with the discovery request.  [They] trust this response concludes the matter."  *See* Dkt No. 6; Dkt No. 6-1 at p. 1.  However, it is clear from the face of the documents that these belated "responses" fail to satisfy the parties' obligations to conduct a thorough search and provide a fulsome response to the Subpoenas and, as a result, do not moot Costco's Motion to Enforce the Subpoenas.

Notwithstanding the continued lack of any explanation for the wholesale failure to timely respond to the Subpoenas or the correspondence of counsel, Respondents cursory response is plainly defective.  Specifically, the response does not address the individual categories of documents requested and does not provide the parameters of the alleged searches (stating only that Mr. and Mrs. Callister have looked at the unspecified records in storage and are unable to locate any of the "requested documents").  It strains credibility that the Respondents have misplaced or destroyed business and employment records, many of which they are obligated to

COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC AND REQUEST FOR HEARING - 2

41538.0002.12890312.1
65068142v.1

maintain under state and federal law, when the statement of dissolution was not filed until May

6, 2020, after service of the Subpoenas requesting these documents.   It is also evident from the

correspondence that neither Respondent undertook any search for electronic documents, a search

that would not be impacted by COVID-19.  Given the nature of the requests and the business

models of Respondents, it is likely that a significant portion of the requested documents were

generated or maintained in electronic format (e.g., email communications, contracts, etc.).

In consideration of the above, Costco respectfully requests that the Court disregard these

"responses" and enter an Order compelling Respondents to fulfill their obligations with respect

to the Subpoenas as served.  Alternatively, Costco respectfully submits that a telephonic or

videoconference hearing on the pending Motion to Enforce the Subpoenas would assist the Court

and the parties in resolving this matter, and therefore, respectfully requests that the Court set a

hearing on the pending Motion to Enforce.

DATED THIS 29th  day of July, 2020.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By  /s/ *William K. Smith*_____
        William K. Smith, ISB No. 9769
        Attorneys For Petitioner
        COSTCO WHOLESALE CORPORATION

COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA
DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC AND
REQUEST FOR HEARING - 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29ᵗʰ day of July, 2020, I caused to be served a true copy of the foregoing COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC [DKT NO. 6] AND REQUEST FOR HEARING  by the method indicated below, and addressed to each of the following:

Roma Designer Jewelry LLC                           ☑ U.S. Mail, Postage Prepaid
c/o David Callister, as registered agent             ☐ Hand Delivered
2873 W. Wind Drive                                   ☐ Overnight Mail
Eagle, ID 83616-4693                                 ☐ E-mail
                                                     ☐ Facsimile


National Tradeshow LLC                               ☑ U.S. Mail, Postage Prepaid
c/o Becky Callister, as registered agent             ☐ Hand Delivered
2873 W. Wind Drive                                   ☐ Overnight Mail
Eagle, ID 83616-4693                                 ☐ E-mail
                                                     ☐ Facsimile




                                     /s/ *William K. Smith*
                                   William K. Smith


COSTCO'S RESPONSE TO JULY 14, 2020 CORRESPONDENCE OF ROMA
DESIGNER JEWELRY LLC AND NATIONAL TRADESHOW LLC AND
REQUEST FOR HEARING - 4

41538.0002.12890312.1
65068142v.1